IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60033
Summmary Calendar
_____

AMIN BHIMINI,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 634 337
- - - - - - - - - - -

January 21, 1999

Before KING, Chief Judge, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Amin Bhimini petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation. We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial evidence. See Carbajal-Gonzalez v. INS, 78 F.3d 194 197 (5th Cir. 1996). The petition for review is DENIED.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.